IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BETTYE LOVETT COUGHLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 02-B-2098-S |
| | ) | |
| JIM WOODWARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 23, 2003, recommending that the motions to dismiss filed by defendants Jim Woodward, Sergeant McAnally, Guy Moore, David Barber, Judge Wayne Thorn and the Jefferson County Commission be GRANTED, that the State of Alabama be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and (2) and that this action therefore be DISMISSED for failing to state a claim upon which relief can be granted. The plaintiff filed objections to the report and recommendation on July 7, 2003.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to FED. R. CIV. P. 12(b) and 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 22nd day of September, 2003.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE